AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| James Blassingame and Sidney Hemby | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-00858-APM |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby                                                                                      .

Date:   04/28/2021

/s/ Cameron Kistler
*Attorney's signature*

Cameron Kistler Bar no. 1008922
*Printed name and bar number*
United to Protect Democracy
2020 Pennsylvania Avenue, NW, Suite163
Washington, DC 20006

*Address*

cameron.kistler@protectdemocracy.org
*E-mail address*

(202) 997-0379
*Telephone number*

(929) 777-8428
*FAX number*