AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| James Blassingame and Sidney Hemby ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-00858-APM |
| Donald J. Trump ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby                                                   .

Date:    04/27/2021                                              /s/ Anne Tindall
                                                                          *Attorney's signature*

                                                             Anne Tindall Bar no. 494607
                                                             *Printed name and bar number*
                                                             United to Protect Democracy
                                                             2020 Pennsylvania Avenue, NW, Suite163
                                                             Washington, DC 20006

                                                                          *Address*

                                                             anne.tindall@protectdemocracy.org
                                                                          *E-mail address*

                                                             (202) 856-9191
                                                                          *Telephone number*

                                                             (929) 777-8428
                                                                          *FAX number*