AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| James Blassingame and Sidney Hemby <br> *Plaintiff* <br> v. <br> Donald J. Trump <br> *Defendant* | ) ) ) ) ) Case No. 21-cv-00858-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby.

Date: 04/27/2021

/s/ Ben Berwick
*Attorney's signature*

Ben Berwick Bar no. MA0004
*Printed name and bar number*

United to Protect Democracy
15 Main Street, Suite 312
Watertown, MA 02472

*Address*

ben.berwick@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*