AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| James Blassingame, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-858-APM |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Donald J. Trump                                                                                          .

Date:    05/03/2021

*Attorney's signature*

Jesse R. Binnall (VBS No. 79292)
*Printed name and bar number*

Binnall Law Group, PLLC
717 King St, Suite 200
Alexandria, Virginia 22314
*Address*

jesse@binnall.com
*E-mail address*

(703) 888-1943
*Telephone number*

(701) 888-1930
*FAX number*