AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| James Blassingame and Sidney Hemby )<br>*Plaintiff* )<br>v. )<br>Donald J. Trump )<br>*Defendant* ) | Case No. 21-cv-00858-APM |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby                                              .

Date:     06/08/2021

/s/ Heather J. Kelly
*Attorney's signature*

Heather J. Kelly, Bar No. 453154
*Printed name and bar number*

Patrick Malone & Associates, P.C.
1310 L Street, NW, Suite 800
Washington, DC 20005
*Address*

hkelly@patrickmalonelaw.com
*E-mail address*

(202) 742-1500
*Telephone number*

(202) 742-1515
*FAX number*