IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:21-cv-00858-APM<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT DONALD J. TRUMP'S MOTION TO DISMISS

Defendant Donald J. Trump moves this Court for dismissal of all claims pursuant to Fed. R. Civ. P. 12(b)(1) and 12 (b)(6).

The amended complaint must be dismissed for lack of subject matter jurisdiction because of its lack of justiciability, due to absolute immunity and the political question doctrine, and because Plaintiffs lack standing. The amended complaint also fails to state a claim upon which relief may be granted.

In support of this motion, Mr. Trump submits the accompanying memorandum, which is fully incorporated herein. For these foregoing reasons, as well as those contained in the accompanying memorandum, Defendant moves that the Court dismiss Plaintiffs' Amended Complaint, in its entirety with prejudice.

Dated: June 24, 2021                                                         Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall (VA022)

1

2

> The Binnall Law Group, PLLC
> 717 King Street, Suite 200
> Alexandria, Virginia 22314
> Tel: (703) 888-1943
> Fax: (703) 888-1930
> Email: jesse@binnall.com
>
> *Attorney for Donald J. Trump*

## CERTIFICATE OF SERVICE

I certify that on June 24, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: June 24, 2021

/s/ Jesse R. Binnall
Jesse R. Binnall
*Attorney for Donald J. Trump*