IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:21-cv-00858-APM<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss and arguments in the accompanying memorandum, any opposition thereto, any oral arguments before this Court and because the Court finds good cause, it is hereby

**ORDERED** that Defendant Donald J. Trump's Motion to Dismiss is **GRANTED, with prejudice**.

The Court hereby enters judgment in favor of Defendant Donald J. Trump on all of Plaintiffs' claims.

**SO ORDERED.**

Dated: _____            _____
                                                            The Honorable Amit P. Mehta
                                                            United States District Judge