AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| James Blassingame and Sidney Hemby | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00858-APM |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby .

Date: 06/25/2021

/s/ John Paredes
*Attorney's signature*

Eric John Galvez Paredes Bar no. NY0418
*Printed name and bar number*

United to Protect Democracy
2020 Pennsylvania Avenue, NW, Suite 163
Washington, DC 20006
*Address*

john.paredes@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*