## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| JAMES BLASSINGAME | ) |
| | ) |
| and SIDNEY HEMBY | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Case No. 1:21-cv-00858-APM |
| | )   Judge Amit P. Mehta |
| DONALD J. TRUMP | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>JOINT MOTION FOR BRIEFING SCHEDULE</u>

Plaintiffs James Blassingame and Sidney Hemby and Defendant Donald J. Trump, respectfully submit the following joint motion for a briefing schedule for the motion to dismiss that was filed in this case:

| <u>Filing</u> | <u>Deadline</u> |
|---|---|
| Plaintiffs' Opposition to Motion to Dismiss: | July 22, 2021 |
| Defendant's Reply to Plaintiffs' Opposition: | August 5, 2021 |

Plaintiffs James Blassingame and Sidney Hemby and Defendant Donald J. Trump, respectfully request the Court to adopt this joint proposed schedule.

Dated: June 28, 2021

/s/ Cameron Kistler
Patrick A. Malone (Bar No. 397142)
Daniel Scialpi (Bar No. 997556)
Heather J. Kelly (Bar No. 453154)
PATRICK MALONE & ASSOCIATES, P.C.
1310 L Street, N.W., Suite 800
Washington, D.C. 20005
P: 202-742-1500
F: 202-742-1515
pmalone@patrickmalonelaw.com
dscialpi@patrickmalonelaw.com
hkelly@patrickmalonelaw.com

Anne Tindall (Bar No. 494607)
Cameron Kistler (Bar No. 1008922)
Erica Newland (*motion for admission pending*)
UNITED TO PROTECT DEMOCRACY
2020 Pennsylvania Ave. NW, #163
Washington, D.C. 20006
P: 202-579-4582
anne.tindall@protectdemocracy.org
cameron.kistler@protectdemocracy.org
erica.newland@protectdemocracy.org

John Paredes (Bar No. NY0418)
UNITED TO PROTECT DEMOCRACY
115 Broadway, 5th Floor
New York, N.Y. 10006
P: 202-579-4582
Benjamin L. Berwick (Bar No. MA0004)
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
P: 202-579-4582
ben.berwick@protectdemocracy.org
*Attorneys for Plaintiffs James Blassingame and Sidney Hemby*

Respectfully submitted,

/s/  Jesse Binnall
THE BINNALL LAW GROUP
Jesse R. Binnall (VSB #79292)
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1942
Email: jesse@binnall.com
*Attorney for Defendant Donald J. Trump*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2021, the foregoing Joint Motion For Briefing Schedule was served upon all parties of record by the Court's CM/ECF system.

/s/ Cameron Kistler
Cameron Kistler