UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME )<br>and SIDNEY HEMBY )<br>    Plaintiffs )<br>)<br>)<br>           v. )<br>)<br>DONALD J. TRUMP, )<br>)<br>    Defendant. )<br>) | Case No. 1:21-cv-00858-APM<br>Judge Amit P. Mehta |

**[PROPOSED] BRIEFING SCHEDULE**

Upon consideration of the Joint Motion For Briefing Schedule submitted by Plaintiffs James Blassingame and Sidney Hemby and Defendant Donald J. Trump, it is hereby

**ORDERED** that the Joint Motion is **GRANTED**. This case shall proceed with the following deadlines as to the currently pending motions to dismiss:

| Filing | Deadline |
|---|---|
| Plaintiffs' Opposition to Motion to Dismiss: | July 22, 2021 |
| Defendant's Reply to Plaintiffs' Opposition: | August 5, 2021 |

**SO ORDERED**.

DATE: _____

                                                           _____
                                                           Hon. Amit P. Mehta
                                                           United States District Judge