AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

James Blassingame and Sidney Hemby )
*Plaintiff* )
v. ) Case No. 21-cv-00858-APM
Donald J. Trump )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby    .

Date: July 8, 2021

/s/ Daniel C. Scialpi
*Attorney's signature*

Daniel C. Scialpi, Bar. No. 997556
*Printed name and bar number*

Patrick Malone & Associates, P.C.
1310 L Street, NW, Suite 800
Washington, DC 20005
*Address*

dscialpi@patrickmalonelaw.com
*E-mail address*

(202) 742-1500
*Telephone number*

(202) 742-1515
*FAX number*