# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. 1:21-cv-858-APM |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE FLOYD ABRAMS, ERWIN CHEMERINSKY, MARTHA MINOW, AND LAURENCE H. TRIBE IN SUPPORT OF PLAINTIFFS**

STEVEN A. HIRSCH - #171825
shirsch@keker.com
NIC MARAIS - # 277846
nmarais@keker.com
*Counsel of Record*
MATAN SHACHAM - #262348
mshacham@keker.com
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:        415 391 5400
Facsimile:        415 397 7188

*Attorneys for Movants and Proposed Amici
Curiae Floyd Abrams, Erwin Chemerinsky,
Martha Minow, and Laurence H. Tribe*

The MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE FLOYD ABRAMS, ERWIN CHEMERINSKY, MARTHA MINOW, AND LAURENCE H. TRIBE IN SUPPORT OF PLAINTIFFS is hereby granted.

**SO ORDERED.**

Date: _____

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

1707706