AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia ▾

| | |
|---|---|
| James Blassingame & Sidney Hemby | ) |
| *Plaintiff* | ) |
| v. | ) |
| Donald J. Trump | ) |
| *Defendant* | ) |

Case No.   1:21-cv-858-APM

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Campaign Legal Center Action                                    .

Date:      07/08/2021

/s/ Paul M. Smith
*Attorney's signature*

Paul M. Smith (DC Bar No. 358870)
*Printed name and bar number*
Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005

*Address*

psmith@campaignlegal.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*