IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　Defendant. | Civil Action No.  1:21-cv-858-APM<br>Judge Amit P. Mehta |
| HON. BENNIE G. THOMPSON, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No.  1:21-cv-400-APM<br>Judge Amit P. Mehta |
| HON. ERIC SWALWELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No.  1:21-cv-586-APM<br>Judge Amit P. Mehta |

**[PROPOSED] ORDER**

Upon consideration of proposed *amicus curiae* Campaign Legal Center's (CLC) Motion for Leave to File *Amicus Curiae* Brief in Support of the Briefs in Opposition to Defendants' Motions to Dismiss, it is hereby ORDERED that *amicus curiae* CLC's Motion is GRANTED.

1

2

**SO ORDERED.**

Dated: _____        _____
                                        HON. AMIT P. MEHTA
                                        United States District Judge