AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| James Blessingame & Sidney Hemby | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-858-APM |
| Donald J. Trump | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Campaign Legal Center Action.

Date: 07/08/2021

/s/ Mark P. Gaber
*Attorney's signature*

Mark P. Gaber (DC Bar 988077)
*Printed name and bar number*
Campaign Legal Center Action
1101 14th St. NW, Ste. 400
Washington, DC 20005

*Address*

mgaber@campaignlegal.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*