AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| James Blessingame & Sidney Hemby ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-858-APM |
| Donald J. Trump ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Campaign Legal Center Action                                                 .

Date:    07/08/2021                                                            /s/ Adav Noti
                                                                              *Attorney's signature*

                                                              Adav Noti (DC Bar No. 490714)
                                                              *Printed name and bar number*
                                                              Campaign Legal Center Action
                                                              1101 14th St. NW, Ste. 400
                                                              Washington, DC 20005

                                                                              *Address*

                                                              anoti@campaignlegal.org
                                                                              *E-mail address*

                                                              (202) 736-2200
                                                                              *Telephone number*

                                                              (202) 736-2222
                                                                              *FAX number*