AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JAMES BLASSINGAME | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-858-APM |
| DONALD TRUMP | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PROPOSED AMICUS CURIAE CAMPAIGN LEGAL CENTER ACTION.

Date: 07/12/2021

/s/ Jonathan Diaz
*Attorney's signature*

Jonathan Diaz, D.C. Bar No. 1613558
*Printed name and bar number*

Campaign Legal Center
1101 14th St. NW
Suite 400
Washington, DC 20005
*Address*

jdiaz@campaignlegalcenter.org
*E-mail address*

(202) 736-2200
*Telephone number*

(202) 736-2222
*FAX number*