IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | Civil Action No. 1:21-cv-858-APM |

**DECLARATION OF HAYDEN S. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Hayden S. Johnson, hereby declare:

 1. My full name, office address, and telephone number are as follows:

  Hayden Sherwood Johnson
  Campaign Legal Center Action
  1101 14th St. NW, Ste. 400
  Washington, D.C. 20005
  (202) 736-2000
  hjohnson@campaignlegalcenter.org

 2. I am a member of the D.C. Bar and am admitted to practice in the D.C. Court of Appeals.

 3. I hereby certify that I have not been disciplined by any bar, and I am in good standing with the D.C. Bar.

 4. I have not been admitted *pro hac vice* by this Court within the last two years.

 5. I engage in the practice of law in an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2021

                Respectfully submitted,

<u>/s/ Hayden S. Johnson</u>

Hayden S. Johnson
CAMPAIGN LEGAL CENTER ACTION
1101 14th Street, NW, St. 400
Washington, D.C. 20005
(202) 736-2200
hjohnson@campaignlegalcenter.org
