# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES BLASSINGAME** | |
| and | |
| **SIDNEY HEMBY** | |
| Plaintiffs, | |
| v. | Case No.: 1:21-cv-858-APM |
| | Judge Amit P. Mehta |
| **DONALD J. TRUMP** | |
| Defendant. | |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss and Memorandum in Support, Plaintiffs' Opposition to Defendant's Motion to Dismiss, any reply thereto, and any oral arguments, the Court accepting as true all the well-pleaded facts in the amended complaint and drawing all reasonable inferences in favor of the plaintiffs in accordance with Rules 12(b)(1) and 12(b)(6), it is hereby

**ORDERED** that Defendant Donald J. Trump's Motion to Dismiss is **DENIED.**

**SO ORDERED.**

Dated: _____       _____
The Honorable Amit P. Mehta
United States District Judge