IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and<br>SIDNEY HEMBY,<br><br>        *Plaintiffs*,<br>  v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant*. | No. 1:21-cv-00858 (APM) |

**[PROPOSED] ORDER**

    Upon consideration of the motion of law professors for leave to file an *amici curiae* brief in support of the plaintiffs, it is hereby

    ORDERED that the motion is GRANTED.

    Dated: _____

                                                                       _____
                                                                       Amit P. Mehta
                                                                       United States District Judge