IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and<br>SIDNEY HEMBY<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP<br><br>    *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:21-cv-00858-APM<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT DONALD J. TRUMP'S UNOPPOSED MOTION TO SET BRIEFING SCHEDULE TO FILE CONSOLIDATED REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AND TO AMICUS BRIEFS AND TO EXCEED PAGE LIMIT

Pursuant to FED. R. CIV. P. 6(b) and L.R. 7, Defendant Donald J. Trump hereby files his Unopposed Motion to Set Briefing Schedule to File Consolidated Reply to Plaintiffs' Opposition [Doc. 21] to Defendants' Motions to Dismiss [Doc. 10] and to Amicus Briefs and to Exceed Page Limit. Under the parties' previously agreed briefing schedule, Defendants' Reply Briefs to Plaintiff's Opposition are due on August 5, 2021. However, since the filing of the Opposition, multiple Amicus Briefs have been filed in support of Plaintiffs' Opposition. Therefore, Defendants seek leave to extend their deadline to file a Reply to the Opposition until August 16, 2021, that shall also incorporate replies, where Mr. Trump deems it applicable, to the Amicus Briefs. As such, Defendants seek leave to file exceed the normal page limit of 25 pages and to allow Mr. Trump 35 pages to reply to both Plaintiff's Opposition and the

Amicus Briefs. Allowing Mr. Trump leave to extend his Reply deadline and to exceed pages limits will allow Mr. Trump to address all outstanding issues in the Reply Brief, and will spare the labor of having to potentially respond to multiple briefs on similar points in a series of piecemeal reply briefs. Therefore, granting this Motion will promote judicial economy and streamline the issues before the Court. Plaintiffs do not oppose the relief requested herein. Accordingly, Mr. Trump prays that the Court extend his time to file his Reply Brief to Plaintiff's Opposition and Amicus Briefs to August 16, 2021, and that Mr. Trump be permitted to exceed page limits up to and including a total of 35 pages.

Dated: August 3, 2021                                  Respectfully Submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall
Binnall Law Group
717 King Street, Suite 300
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: jesse@binnall.com
*Counsel for Donald J. Trump*

## CERTIFICATE OF CONFERENCE

I hereby certify on this 3rd day of August, 2021, that I conferred on the relief requested herein with Plaintiff's counsel via email on July 29th and they are unopposed.

/s/ Jesse R. Binnall
Jesse R. Binnall

## CERTIFICATE OF SERVICE

I certify that on this 4th day of August, 2021, I electronically filed the foregoing motion—together with the accompanying proposed order—with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall