IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:21-cv-00858-APM<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

This matter is before the Court on Donald J. Trump's Unopposed Motion to Set Briefing Schedule to File Consolidated Reply to Plaintiffs' Opposition to Defendants Motion to Dismiss and to Amicus Briefs and to Exceed Page limit. For good cause shown, the motion is GRANTED. Defendants may file their reply briefs up to and until August 16, 2021, that may also incorporate replies to amicus briefs. The reply shall not exceed 35 pages in length.

SO ORDERED.


Dated: _____          _____
                                   The Honorable Amit P. Mehta
                                   United States District Judge