AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| James Blassingame and Sidney Hemby ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:21-cv-00858-APM |
| Donald J. Trump ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby .

Date:   03/18/2022

/s/ Genevieve C. Nadeau
*Attorney's signature*

Genevieve C. Nadeau (Bar No. 979410)
*Printed name and bar number*

United to Protect Democracy
15 Main St., Suite 312
Watertown, MA 02472
*Address*

genevieve.nadeau@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*