AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| James Blassingame and Sidney Hemby<br>*Plaintiff*<br>v.<br>Donald J. Trump<br>*Defendant* | Case No. 1:21-cv-00858-APM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Blassingame and Sidney Hemby.

Date: 03/18/2022

/s/ Kristy L. Parker
*Attorney's signature*

Kristy L. Parker Bar no. 1542111
*Printed name and bar number*

United to Protect Democracy
2020 Pennsylvania Avenue, NW, Suite 163
Washington, DC 20006
*Address*

kristy.parker@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*