AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JAMES BLASSINGAME and SIDNEY HEMBY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00858-APM |
| DONALD J. TRUMP | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Donald J. Trump                                    .

Date: 2/29/2024

/s/ Gary Lawkowski
*Attorney's signature*

Gary Lawkowski (VA125)
*Printed name and bar number*

Dhillon Law Group
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

*Address*

glawkowski@dhillonlaw.com
*E-mail address*

(703) 574-1654
*Telephone number*

(703) 574-1654
*FAX number*