# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BENNIE G. THOMPSON *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br>     *Defendants*. | Civil Action No. 1:21-cv-400-APM |
| ERIC SWALWELL *et al.*, <br>     *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br>     *Defendants*. | Civil Action No. 1:21-cv-586-APM |
| JAMES BLASSINGAME AND SIDNEY HEMBY, <br>     *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP *et al.*, <br>     *Defendants*. | Civil Action No. 1:21-cv-858-APM |

## NOTICE OF WITHDRAWAL

Pursuant to LCvR 83.6(b), Jonathan L. Williams gives notice of his withdrawal as counsel for Amicus Curiae Jared Holt. Mr. Holt filed an amicus brief July 28, 2021 in connection with the motions to dismiss in these cases, which the Court resolved on February 18, 2022. Mr. Holt has not otherwise appeared in these proceedings. To the extent he is still considered active in these proceedings, Mr. Holt will remain represented by Alexander Franklin Atkins of States United Democracy Center.

Client Acknowledgement of Withdrawal:

*Jared Holt*

_____
Jared Holt        (Electronically Signed 10/04/2024)

Respectfully Submitted:

/s/ Jonathan L. Williams
D.C. Bar No. 999708
States United Democracy Center
1101 17th Street, N.W., Suite 250
Washington, DC 20036
(202) 999-9305
jonathan@statesuniteddemocracy.org

*Counsel for Amicus Curiae Jared Holt*

## CERTIFICATE OF SERVICE

I certify that on October 4, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record.

/s/ Jonathan L. Williams
D.C. Bar No. 999708
States United Democracy Center
1101 17th Street, N.W., Suite 250
Washington, DC 20036
(202) 999-9305
jonathan@statesuniteddemocracy.org