## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME       .          ) | |
|                   ) | |
|          Plaintiffs,       ) | |
|                   ) | |
| v.                   ) | Civil Case No. 1:21-cv-00858-APM |
|                   ) | |
|                   ) | |
| DONALD J. TRUMP, et al      ) | |
|                   ) | |
|          Defendants.      ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL

Consistent with Local Rule of Civil Procedure 83.6, David A. Warrington of Dhillon Law Group, 2121 Eisenhower Avenue, Suite 608, Alexandria, VA 22314, hereby withdraws as attorney of record for Defendant Donald J. Trump. Defendant Donald J. Trump will continue to be represented in this matter by Jonathan Shaw.

Dated: January 23, 2025           Respectfully submitted,

                                      /s/*David A. Warrington*
                                      David A. Warrington
                                      DHILLON LAW GROUP, INC.
                                      2121 Eisenhower Avenue, Suite 608
                                      Alexandria, Virginia 22314
                                      Telephone: 703-574-1206
                                      DWarrington@Dhillonlaw.com

/s/ Jonathan Shaw
Jonathan Shaw
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
Telephone: 240-383-8758
JShaw@Dhillonlaw.com

I hereby consent to the above withdrawal of attorney.

_____ /s/*Jonathan Shaw*
Donald J. Trump