UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME et al.<br><br>        Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, et al<br><br>        Defendants. | Civil Case No. 1:21-cv-00858-APM |

**NOTICE OF WITHDRAWAL**

Consistent with Local Rule of Civil Procedure 83.6, Gary Lawkowski of Dhillon Law Group, 2121 Eisenhower Avenue, Suite 608, Alexandria, VA 22314, hereby withdraws as attorney of record for Defendant Donald J. Trump. Defendant Donald J. Trump will continue to be represented in this matter by Jonathan Shaw.

Dated: January 27, 2025                                        Respectfully submitted,

/s/*Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

                            /s/ Jonathan Shaw
                            Jonathan Shaw
                            DHILLON LAW GROUP, INC.
                            2121 Eisenhower Avenue, Suite 608
                            Alexandria, VA 22314
                            Telephone: 240-383-8758
                            JShaw@Dhillonlaw.com

I hereby consent to the above withdrawal of attorney.

          /s/*Jonathan Shaw*
       Donald J. Trump