UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES BLASSINGAME, et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP,<br><br>   Defendant. | Case No. 1:21-cv-00858-APM |

**CERTIFICATION**

  I, C. Salvatore D'Alessio, Jr., Director, Torts Branch, Civil Division, United States Department of Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify that I have read the Amended Complaint in this action. On the basis of the information now available with respect to the claims set forth therein, I find that Donald J. Trump was acting within the scope of federal office or employment at the time of the incidents out of which the plaintiffs' claims arose.

  Dated:

               _____
               C. Salvatore D'Alessio, Jr.
               Director, Torts Branch, Civil Division
               United States Department of Justice