

Megan Powers <megan@mpowersconsulting.com>

---

# Fwd: Street Closures for Tuesday and Wednesday

**Megan Powers** <megan@mpowersconsulting.com>   Tue, Jan 5, 2021 at 2:44 PM
To: "Richardson, Marisa" <Marisa_Richardson@nps.gov>
Cc: Kiran Menon <kirancampaign@gmail.com>, "Burnett, Eddie" <Eddie_Burnett@nps.gov>, "Dailey, Amy" <Amy_Dailey@nps.gov>, "Earhardt, Scott (MPD)" <scott.earhardt@dc.gov>, "Glover, Robert (MPD)" <robert.glover@dc.gov>, Jennifer Hulsey ███████████████, Justin Caporale <justin@eventstrategiesinc.com>, Kylie Jane Kremer ███████████████, "Lamond, David J" <David_Lamond@nps.gov>, "Mahasin, Zakiyyah T" <Zakiyyah_Mahasin@nps.gov>, Michael Yoder <myoder@dhillonlaw.com>, "Stanwich, John" <John_Stanwich@nps.gov>, "Adamchik, Mark" <Mark_Adamchik@nps.gov>, "Murphy, James R" <James_Murphy@nps.gov>, jared.s.small@who.eop.gov, christopher.j.ambrosini@who.eop.gov, jesse.rangel@usss.dhs.gov, joseph.routh@usss.dhs.gov

> Adding Chris Ambrosini, also from the WH Advance team, Joseph Routh, USSS Service Lead, and Jesse Rangel, USSS Site Lead.
>
> We would like to get final confirmation on when we can build the bike rack on Constitution. Preferably we can do it sooner than midnight tonight because we want to control the crowdflow before individuals start lining up.
>
> On Tue, Jan 5, 2021 at 1:52 PM Megan Powers <megan@mpowersconsulting.com> wrote:
>> Hi all,
>>
>> Adding Jared Small, our White House Advance Lead here as well.
>>
>> We would like to build out the bikerack on Constitution before midnight tonight, as we think guests may begin queuing up prior to that.
>>
>> We have coordinated with USSS that the speaker drop off location will be 17th and E after entering the vehicle checkpoint at 18th and D. We are compiling the access list and I am happy to share with anyone who needs it on this distro.
>>
>> Additionally, there are a number of busses coming from out of town. We are advising anyone to drop off outside the road closure zone as indicated on the attached map.
>>
>> Please let me know if you have any adjustments to the above.
>>
>> Best,
>> Megan Powers
>>
>> On Tue, Jan 5, 2021 at 10:37 AM Richardson, Marisa <Marisa_Richardson@nps.gov> wrote:
>>> Hello Kiran,
>>>
>>> Can you please provide your USSS contact making the request for the closure of Constitution Avenue between 15th-17th Streets? Can you build the shoots when the road closures go into effect early tomorrow morning since it only requires 2 hours to build?
>>>
>>> Please send a site plan of the shoots to be located on Constitution Avenue between 15th-17th Street.
>>>
>>> Thank you
>>> Marisa
>>>
>>> Marisa E. Richardson
>>> Park Ranger
>>> Division of Permits Management
>>> Office: (202) 245-4715
>>> Mobile: (202) 528-9610 (best number)