

Megan Powers &lt;megan@mpowersconsulting.com&gt;

---

## Fwd: Production Overview_March for Trump.docx

**Justin Caporale** &lt;justin@eventstrategiesinc.com&gt;     Mon, Jan 4, 2021 at 9:56 AM
To: Megan Powers &lt;megan@mpowersconsulting.com&gt;

--
Justin Caporale
direct/text: █████████

Begin forwarded message:

> **From:** "Megan Powers (via Google Drive)" █████████
> **Date:** January 1, 2021 at 18:46:07 EST
> **To:** justin@eventstrategiesinc.com
> **Cc:** kirancampaign@gmail.com
> **Subject: Production Overview_March for Trump.docx**
> **Reply-To:** Megan Powers █████████



megankellypowers█████ has shared the following document:

**W** Production Overview_March for Trump.docx

[Open]

megankellypowers█████ is outside your organization.

Google Drive: Have all your files within reach from any device.
Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA